IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WARREN WALLRING
and RICHARD GOODEN,                             *
                                                *
                    Plaintiffs,                 *
                                                *
vs.                                             *      No. 4:09CV00934 SWW
                                                *
STEPHEN J. JACKSON; J. MICHAEL                  *
STUART; THE STUART LAW FIRM, P.A.;              *
HUMNOKE FARMS, LTD; MORRIS C.                   *
"KIT" WILLIAMS; OLD REPUBLIC                    *
NATIONAL TITLE INS. CO.; CENTRAL                *
ARKANSAS TITLE AND INS., LLC; FIRST             *
UNITED BANK OF EARTH, TEXAS;                    *
PHILIP YORK; BRUCE TIDWELL;                     *
FRIDAY, ELDREDGE & CLARK, LLP;                  *
22ND JUDICIAL COURT-2ND DIVISION,               *
LONOKE COUNTY, ARKANSAS; PHILIP                 *
T. WHITEAKER; JANET C. HENRY; ALICE             *
C. COOK; DEBORAH OGLESBY; JOHN                  *
DOES 1-7; AND JUDY WHITE;                       *
                                                *
                    Defendants.                 *

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the

complaint is dismissed with prejudice.  The relief sought is denied

DATED this 29th day of November, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE